Opinion issued August 2, 2007






 

 










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00602-CV






IN RE GLORIA JEAN MEYER, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator, Gloria Jean Meyer, has filed a petition for writ of mandamus,
challenging the "Order Denying Motion for Writ of Habeas Corpus and for
Enforcement of Child Custody Determination" signed by the respondent (1) on
November 30, 2006. 

 We deny the petition for writ of mandamus. 

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.
1. 
 
 --